AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

GARY L. SCHMELZER,

Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

PATRICK R. DONAHOE, Postmaster General, United States Postal Service,

Case Number: 1:10-cv-00803

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

...the Court ADOPTS and AFFIRMS the Magistrate Judge's Report and Recommendation in all respects (doc. 29), GRANTS Defendant's Motion to Dismiss the Complaint (doc. 23), which it construes as a Motion for Judgment on the Pleadings pursuant to Fed. R. Civ. P. 12(c), and TERMINATES this case from the Court's docket.

3/12/2013

Date

JOHN P. HEHMAN, CLERK

Clerk

s/Kevin Moser

(By) Deputy Clerk